UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VINCENT F. DEPASQUALE,

                          Plaintiff,                                     **JUDGMENT**
                                                                  12-CV-2564 (RRM)(MDG)

- against -

DANIEL DEPASQUALE, and
PENSION DESIGN SERVICES, INC.,

                          Defendants.
-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      A Memorandum and Order of the undersigned having been issued this day granting defendant's motion to dismiss and ordering that all claims brought by plaintiff as against defendants be dismissed, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       February 28, 2013                          _____
                                                       ROSLYNN R. MAUSKOPF
                                                       United States District Judge